Case 08-40501    Doc 57    Filed 05/02/13    Entered 05/02/13 09:02:04    Desc Main
                                            Document      Page 1 of 1

# Unclaimed Funds

Entered 1/1/2001 to 5/2/2013

| Case No./<br>Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [08-40501 -msh](#)<br>18932027 | US Bank, NA<br>c/o Daniels Law Office<br>One Center Plaza<br>Boston, MA 02101-1801<br>02101-1801 | 352.82 | 05/02/2013 |

**Grand Total: 352.82**